SIGNED.

Dated: March 20, 2025

Paul Sala, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CLAUDIA C. DIAZ,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-21-bk-00641 PS<br><br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor failed to bring plan payments current, file a modified plan or a motion for a moratorium, or convert to Chapter 7, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1) and (c)(4).

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on any motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal. The Trustee has no funds on hand; and

(C) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated;

(D) Pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 1326, and the Court having confirmed a plan, the Trustee retains the statutory percentage fee. The Trustee has no funds on hand;

(E) If the Court previously entered a payroll deduction order on the Debtor's wages, then the Court vacates that order.

ORDER SIGNED AND DATED ON PAGE ONE